■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v XAVIER RAYAN, Appellant. [951 NYS2d 875]—

Defendant's ineffective assistance of counsel claims are unreviewable on direct appeal because they primarily involve matters of strategy not reflected in, or not fully explained by, the trial record (*see People v Rivera*, 71 NY2d 705, 709 [1988]; *People v Love*, 57 NY2d 998 [1982]). On the existing record, to the extent it permits review, we find that defendant received effective assistance under the state and federal standards (*see*

*People v Benevento*, 91 NY2d 708, 713-714 [1998]; *see also Strickland v Washington*, 466 US 668 [1984]). Defendant has not shown that counsel's alleged deficiencies deprived defendant of a fair trial or affected the outcome. Concur—Tom, J.P., Mazzarelli, Andrias, DeGrasse and Román, JJ.